# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEE DAVIDSON,<br><br>    Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, *et al.*,<br><br>    Respondents. | Case No. 2:14-cv-00432-JAD-PAL<br><br>**ORDER** |

This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.  Respondents have filed a motion for a second extension of time in which to file a response to the petition for a writ of habeas corpus.  (Doc. 7).  Respondents seek a 28-day enlargement of time, up to and including November 3, 2014, to file a response.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file a response to the petition (Doc. 7) is **GRANTED.**  The response shall be filed on or before **November 3, 2014.**

Dated this 7th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE